ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Sean.Van.Demark@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 05 2019

at 1 o'clock and 34 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD KAUHANE,<br><br>Defendant. | MAG. NO. 19-1149-RT<br><br>CRIMINAL COMPLAINT;<br>AFFIDAVIT IN SUPPORT OF<br>CRIMINAL COMPLAINT |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## Theft of Mail Matter by Officer or Employee
(18 U.S.C. § 1709)

On or about September 24, 2019, within the District of Hawaii, CHAD KAUHANE, the defendant, a United States Postal Service employee, did steal or remove mail and articles and things contained therein, namely, a Medium Flat Rate Priority Parcel bearing tracking number 9505511481639263666361, which had come into his possession intended to be conveyed by mail.

All in violation of Title 18, United States Code, Section 1709

DATED: November 5, 2019, Honolulu, Hawaii.

*Barrett Nakachi*
Barrett Nakachi
Special Agent
United States Postal Service
Office of the Inspector General
Complainant

Sworn to before me and subscribed in my presence this 5th day of November, 2019, at Honolulu, Hawaii

Rom Trader
United States Magistrate Judge
District of Hawaii

2